THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LEONARDO SALEMI, Appellant.

Argued January 20, 1954; decided March 12, 1954.

*Jacob Shientag* and *Max Fruchtman* for appellant.

*Frank S. Hogan, District Attorney (Richard G. Denzer, Charles W. Manning, Jack M. Cotton* and *Leonard E. Reisman* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: Conway, Dye, Fuld and Froessel, JJ. Lewis, Ch. J., Desmond and Van Voorhis, JJ., dissent and vote for reversal and a new trial on the ground that the court's charge did not "marshal the evidence" as required by *People* v. *Odell* (230 N. Y. 481).